# Court of Appeals
# of the State of Georgia

ATLANTA, June 11, 2013

*The Court of Appeals hereby passes the following order*

## A13D0377. MAGNOLIA STATE BANK , A DIVISION OF BANK OF EASTMAN v. VNS CORPORATION d/b/a CHOO CHOO BUILD-IT MART.

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

03V1042



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, June 11, 2013.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Hally K. O. Sparrow* , Clerk.